IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CV-F-05-424 OWW |
|---|---|---|
| | ) | (No. CR-F-03-5459 OWW) |
| | ) | |
| | ) | ORDER GRANTING PETITIONER |
| Plaintiff/ | ) | TERESA GARCIA MARTINEZ'S EX |
| Respondent, | ) | PARTE APPLICATION FOR ORDER |
| | ) | DISMISSING MOTION PURSUANT |
| vs. | ) | TO 28 U.S.C. § 2255, |
| | ) | DISMISSING PETITIONER'S |
| | ) | SECTION 2255 MOTION, AND |
| TERESA GARCIA MARTINEZ, | ) | DIRECTING CLERK OF COURT TO |
| | ) | ENTER JUDGMENT FOR |
| | ) | RESPONDENT |
| Defendant/ | ) | |
| Petitioner. | ) | |
| | ) | |
| | ) | |

On March 31, 2005, Petitioner Teresa Garcia Martinez filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

On October 7, 2008, Petitioner filed an *ex parte* application for an order dismissing the Section 2255 motion for the reasons stated in the application and Petitioner's supporting declaration.

For good cause shown:

1

1. Petitioner's *ex parte* application to dismiss the Section 2255 motion is GRANTED;

2. Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DISMISSED;

3. The Clerk of the Court is directed to enter JUDGMENT FOR RESPONDENT.

IT IS SO ORDERED.

Dated:   October 20, 2008                           /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE