1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    FRANCINE ZEPEDA, Bar #091175
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    TERESA MARTINEZ-MARTINEZ

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   No. 1:03-cr-05459 OWW
                                        )
12          *Plaintiff,*                )   STIPULATION TO CONTINUE
                                        )   MOTIONS/STATUS CONFERENCE
13          v.                          )   HEARING; ORDER
                                        )
14   TERESA MARTINEZ-MARTINEZ,          )   Date:  March 16, 2009
                                        )   Time:  1:30 P.M.
15          *Defendant.*                )   Court: Hon. Oliver W. Wanger
     _____   )

16

17          **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

18   counsel of record herein, that the motions/status conference hearing in the above captioned matter, now

19   scheduled for March 9, 2009, **may be continued to March 16, 2009, at 1:30 p.m.**

20          This continuance is requested by counsel for Defendant to allow the parties additional time for plea

21   negotiation prior to the hearing.  The requested continuance will conserve time and resources for the

22   parties and the court.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A)

3  and 3161(h)(8)(B)(i) and (iv).

4                                                    MCGREGOR W. SCOTT
                                                     United States Attorney
5

6  DATED:  March 5, 2009                         /s/  Karen Escobar
                                                  KAREN ESCOBAR
7                                                 Assistant United States Attorney
                                                  Attorney for Plaintiff
8

9                                                 DANIEL J. BRODERICK
                                                  Federal Defender
10

11 DATED:  March 5, 2009                         /s/ Francine Zepeda
                                                  FRANCINE ZEPEDA
12                                                Assistant Federal Defender
                                                  Attorney for Defendant
13                                                TERESA MARTINEZ-MARTINEZ

14

15                                  **O R D E R**

16    **IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A)

17 and 3161(h)(8)(B)(i) and (iv).

18    IT IS SO ORDERED.

19 **Dated:      March 5, 2009**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

Stipulation to Continue Motions/Status
Conference Hearing; [Proposed] Order            2