| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | TERESA MARTINEZ-MARTINEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:03-cr-05459 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING; ORDER |
| v. | ) |
| | ) Date: April 20, 2009 |
| TERESA MARTINEZ-MARTINEZ, | ) Time: 9:00 A.M. |
| | ) Court: Hon. Oliver W. Wanger |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the status conference hearing in the above captioned matter, now scheduled for April 6, 2009, **may be continued to April 20, 2009, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow the parties additional time for plea negotiation prior to the hearing and because counsel for Defendant will not be in her office on April 6, 2009, and will be unavailable for court at the time now scheduled for hearing. The requested continuance will conserve time and resources for the parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                LAWRENCE G. BROWN
                Acting United States Attorney

DATED: April 2, 2009        /s/ Karen Escobar
                KAREN ESCOBAR
                Assistant United States Attorney
                Attorney for Plaintiff

                DANIEL J. BRODERICK
                Federal Defender

DATED: April 2, 2009        /s/ Francine Zepeda
                FRANCINE ZEPEDA
                Assistant Federal Defender
                Attorney for Defendant
                TERESA MARTINEZ-MARTINEZ

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: April 2, 2009**        **/s/ Oliver W. Wanger**
                UNITED STATES DISTRICT JUDGE