1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  TERESA MARTINEZ-MARTINEZ

7

8             IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. 1:03-cr-05459 OWW
                                    )
12             Plaintiff,           )  STIPULATION TO CONTINUANCE OF STATUS
                                    )  CONFERENCE HEARING AND TO SET MATTER
13       v.                         )  FOR HEARING RE NEW STATUS CONFERENCE
                                    )  HEARING DATE AND/OR MOTIONS SCHEDULE;
14 TERESA MARTINEZ-MARTINEZ,        )  ORDER
                                    )
15             Defendant.           )  Date:  August 31, 2009
                                    )  Time:  9:00 A.M.
16 _____)  Court: Hon. Oliver W. Wanger

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

18 counsel of record herein, that the status conference hearing in the above-entitled matter now set for

19 October 6, 2009, may be continued to a date convenient to the court and counsel, **and that a hearing may**

20 **be set for August 31, 2009, at 9:00 A.M. to establish a new schedule for status conference hearing**

21 **and/or motions schedule.**

22       This continuance is requested by counsel for Defendant because this matter is set to trail case

23 number 1:08-cr-00087 OWW which is set for hearing on August 31, 2009, to establish a new motions and

24 trial schedule.  The requested new hearing date and continuance will conserve time and resources for the

25 parties and the court.

26 ///

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A)
3  and 3161(h)(8)(B)(i) and (iv).

4                LAWRENCE G. BROWN
              United States Attorney
5

6  DATED: August 26, 2009     /s/ Elana Landau
              ELANA LANDAU
7                Assistant United States Attorney
              Attorney for Plaintiff
8

9                DANIEL J. BRODERICK
              Federal Defender
10

11  DATED: August 26, 2009     /s/ Charles J. Lee
              CHARLES J. LEE
12                Assistant Federal Defender
              Attorney for Defendant
13                TERESA MARTINEZ-MARTINEZ

14

15  **O R D E R**

16  IT IS SO ORDERED.

17  **Dated:   August 26, 2009**           /s/ Oliver W. Wanger
              UNITED STATES DISTRICT JUDGE
18

Stipulation to Continuance of Status Conference Hearing
and to Set Matter for Hearing Re New Status Conference
Hearing Date and/or Motions Schedule; [Proposed] Order     2