1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  TERESA MARTINEZ-MARTINEZ

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. 1:03-cr-05459 OWW
   |                                  )
12 |         *Plaintiff,*             ) STIPULATION TO CONTINUANCE OF STATUS
   |                                  ) CONFERENCE HEARING;  ORDER
13 |     v.                           )
   |                                  ) Date:  November 2, 2009
14 | TERESA MARTINEZ-MARTINEZ,        ) Time:  9:00 A.M.
   |                                  ) Court: Hon. Oliver W. Wanger
15 |         *Defendant.*             )
   |_____ )
16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

18 counsel of record herein, that the status conference hearing in the above-entitled matter now set for

19 October 13, 2009, may be continued to **November 2, 2009, at 9:00 A.M. for status conference.**

20     This continuance is requested by counsel for Defendant because this matter is set to trail case

21 number 1:08-cr-00087 OWW which is also being request to be set for hearing on November 2, 2009.  The

22 requested new hearing date and continuance will conserve time and resources for the parties and the court.

23     The parties agree that the delay resulting from the continuance shall be excluded in the interests of

24 justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A)

25 and 3161(h)(8)(B)(i) and (iv).

26 //

27 //

28 //

|   |   |
|---|---|
|   | LAWRENCE G. BROWN<br>United States Attorney |
| DATED: October 9, 2009 | /s/ Elana Landau<br>ELANA LANDAU<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 9, 2009 | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>TERESA MARTINEZ-MARTINEZ |

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 9, 2009**         /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

Martinez-Martinez Stipulation and Order
to Continue Status Conference Hearing                2