1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulane Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  TERESA MARTINEZ

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )  No. 1:03-cr-5459 OWW
                                     )
12 |         *Plaintiff,*             )  STIPULATION AND ORDER TO CONTINUE
                                     )  STATUS CONFERENCE HEARING
13 |    v.                            )
                                     )  DATE:   July 26, 2010
14 | TERESA MARTINEZ,                 )  TIME:   1:30 P.M.
                                     )  JUDGE:  Hon. Oliver W. Wanger
15 |         *Defendant.*             )
   |_____     )

16

17         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18 counsel that the status conference in the above-captioned matter now set for June 21, 2010, **may be**

19 **continued to July 26, 2010 at 1:30 P.M to continue to trail case 1:08-cr-00087 OWW.**

20         This continuance is at the request of counsel for defendant to allow time for proper preparation

21 of the status hearing.  The requested continuance is with the intention of conserving time and resources for

22 both parties and the court.

23

24                                              BENJAMIN B. WAGNER
                                                United States Attorney
25

26 DATED: June 17, 2010           By:    /s/ Elana S. Landau
                                         ELANA S. LANDAU
27                                       Assistant United States Attorney
                                         Attorney for Plaintiff
28

   Martinez Stipulation and
   Order

|   |   |
|---|---|
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 17, 2010 | By:  /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>TERESA MARTINEZ |

IT IS SO ORDERED.

**Dated:   June 18, 2010**             **/s/ Oliver W. Wanger**
                           UNITED STATES DISTRICT JUDGE

Martinez Stipulation and Order

2