```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  TERESA MARTINEZ-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:03-cr-05459 OWW |
| *Plaintiff,* | STIPULATION TO CONTINUANCE OF STATUS CONFERENCE HEARING;  ORDER |
| v. | Date:  December 13, 2010 |
| TERESA MARTINEZ-MARTINEZ, | Time:  1:30 P.M. |
| *Defendant.* | Honorable Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record herein, that the status conference hearing in the above-entitled matter now set for September 13, 2010, may be continued to **December 13, 2010, at 1:30 P.M. for status conference.**

This continuance is requested by counsel for Defendant because this matter is set to trail case number 1:08-cr-00087 OWW which is also being requested to be set for hearing on December 13, 2010. The requested new hearing date and continuance will conserve time and resources for the parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: September 13, 2010        /s/ Elana Landau
ELANA LANDAU
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: September 13, 2010        /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
TERESA MARTINEZ-MARTINEZ

**IT IS SO ORDERED.**

**Dated:    September 8, 2010              /s/ Oliver W. Wanger**
**UNITED STATES DISTRICT JUDGE**

Martinez-Martinez Stipulation and Order
to Continue Status Conference Hearing            2