1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561

5

    Attorneys for Defendant
6   TERESA MARTINEZ

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 1:03-cr-05459 OWW
                                     )
12                Plaintiff,         )   STIPULATION AND ORDER TO CONTINUE
                                     )   STATUS CONFERENCE
13       v.                          )
                                     )
14  TERESA MARTINEZ,                 )   DATE:   February 28, 2011
                                     )   TIME:   1:30 P.M.
15                Defendant.         )   JUDGE:  Hon. Oliver W. Wanger
    _____)

16

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the status conference in the above-captioned matter now set for December 13, 2010, **may be**

20  **continued to February 28, 2011 at 1:30 P.M.**

21       This continuance is at the request of counsel for defendant to allow time for proper preparation of

22  the sentencing hearing in case 1:08-cr-00087 OWW .  Defense counsel has recently filed a *Writ of Habeas*

23  *Corpus* on Ms. Martinez's last state court conviction with the Fifth District Court of Appeal of California,

24  which then issued an Order to Show Cause and remanded the case back to Superior Court.  The tentative

25  ruling in state court is in the Petitioner's favor.  We anticipate there being a material change to the

26  guideline calculation of Ms. Martinez's criminal history category once we have a final order in the state

27  court proceeding.  The requested continuance is with the intention of conserving time and resources for

28  both parties and the court.  ///

1    Because this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial

2  Act.

3                                                         BENJAMIN B. WAGNER
                                                          United States Attorney
4

5  DATED: December 8, 2010              By:   /s/ Elana S. Landau
                                               ELANA S. LANDAU
6                                              Assistant United States Attorney
                                               Attorney for Plaintiff
7

8                                              DANIEL J. BRODERICK
                                               Federal Defender
9

   DATED: December 8, 2010              By:   /s/ Charles J. Lee
10                                             CHARLES J. LEE
                                               Assistant Federal Defender
11                                             Attorney for Defendant
                                               TERESA MARTINEZ
12

13

14

15                              **O R D E R**

16

17

18

19

20

21                    IT IS SO ORDERED.

22  **Dated:    December 8, 2010**              /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Stipulation and Order
to Continue Status Conference              2